IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NAOMI LUTES,** | ) |
| Plaintiffs, | ) Civil No. **10-057-JPG** |
| v. | ) CJRA Track: **B** |
| **LONI CORPORATION, INC.,** | ) Trial Date: |
| d/b/a Red Apple Restaurants, | ) **March 14, 2011 (Benton)** |
| Defendant. | ) |

**ORDER**

Before the Court is Defendant's Motion to Compel Responses to Discovery **(Doc. 18)**, in which defendant seeks an order requiring plaintiff to respond to its second request for production of documents.

Plaintiff has not responded to the motion, and the time for doing so has expired. The Court deems the failure to respond to be an admission of the merits of the motion. SDIL-LR 7.1(g).

Defendant's Motion to Compel Responses to Discovery **(Doc. 18)** is **GRANTED**. Plaintiff shall produce the records sought by defendant in its second request for production of documents no later than **December 20, 2010.**

IT IS SO ORDERED.

DATED:     December 9, 2010.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**